UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
AUSBERTO DAVILA,

                 Petitioner,   TRANSFER ORDER
                                                                                                   10-CV-2984 (CBA)

                 -against-

DUKE TERRELL, WARDEN,

                 Respondent.
-------------------------------------------------------------x
AMON, United States District Judge.

       Petitioner, currently incarcerated at Metropolitan Detention Center, in Brooklyn, New York, brings this petition *pro se* for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.[1] Petitioner seeks a reduction of his criminal sentence pursuant to the United States Sentencing Guidelines § 5k2.0. Petition at 1. Petitioner's sentence was imposed by the United States District Court for the Eastern District of Pennsylvania. See id. at 1-2. Accordingly, this case is hereby transferred to the United States District Court for the Eastern District of Pennsylvania. 28 U.S.C. § 1406(a). The Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of Pennsylvania. The clerk of the court shall mail the documents described by Local Civil Rule 83.1 to the clerk of the United States District Court for the Eastern District of Pennsylvania immediately.

       SO ORDERED.

Dated: Brooklyn, New York
       July 28, 2010                                                   /S/

                                                               CAROL B. AMON
                                                               United States District Judge

---

[1] Under this Court's Administrative Order 2001-06, *pro se* petitions for writs of habeas corpus are deemed to include a petition for leave to appear *in forma pauperis* and are filed by the Clerk of the Court as if *in forma pauperis* statuts had been granted without prepayment of fees. No *in forma pauperis* request or fee was received from petitioner in this case.